Emma C. Rector, appellee, v. Edward Weiss et al., defendants, on appeal of Washington Coffee Shop Company, appellant. Gen. No. 27,537.

Interlocutory order granting a preliminary injunction against appellant who was a party defendant in a bill in the nature of a creditor's bill to discover property belonging to another. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed. Opinion filed March 21, 1922.

Adolph Marks, for appellant; Samuel G. Grodson, of counsel. Adams, Follansbee, Hawley & Shorey, for appellee; Samuel Adams, Mitchell D. Follansbee and M. B. Kennedy, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Alice Clement Pictures Company et al., defendants in error, v. City of Chicago and Charles C. Fitzmorris, superintendent and chief of police, plaintiffs in error. Gen. No. 26,767.

Mandamus to compel issuance of permit to exhibit a motion picture. Writ awarded. Error to the Circuit Court of Cook county; the Hon. Donald L. Morrill, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded with directions. Opinion filed April 3, 1922.

Samuel A. Ettelson, for plaintiffs in error; Berthold A. Cronson, Carl F. Lund and James W. Breen, of counsel. E. C. Mapledoram, for defendants in error.

Mr. Justice McSurely delivered the opinion of the court

---

United States Fidelity & Guaranty Company, appellee, v. William M. Le Moyne, appellant. Gen. No. 26,900.

Action to recover expenditures for which defendant was obligated under a surety bond furnished to a railroad company upon construction of a switch. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed April 3, 1922.

Seymour Edgerton and Thomas W. Prindeville, for appellant; William Sherman Carson, of counsel. Judah, Willard, Wolf & Reichmann, for appellee; A. F. Reichmann and Arthur M. Cox, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Brunswick-Balke-Collender Company, appellee, v. H. Fischheimer, appellant. Gen. No. 26,921.

Action for possession of premises. Judgment for plaintiff upon an instructed verdict. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed April 3, 1922.

Harry Bierma, for appellant. Ryan, Condon & Livingston, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

American Paper Products Company, defendant in error, v. Martin-Forsburg Teaming Company, plaintiff in error. Gen. No. 26,962.